**No. 10-1371. Spectrum Stores, Inc., et al., Petitioners v. Citgo Petroleum Corporation, et al.**

**No. 10-1393. Fast Break Foods LLC, et al., Petitioners v. Saudi Arabian Oil Company, dba Saudi Aramco, et al.**

565 U.S. 929, 132 S. Ct. 366, 181 L. Ed. 2d 233, 2011 U.S. LEXIS 7122.

October 3, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Fifth Circuit denied. Justice Kagan took no part in the consideration or decision of these petitions.

Same cases below, 632 F.3d 938.

**No. 10-1410. Canal Barge Company, Inc., et al., Petitioners v. United States.**

565 U.S. 929, 132 S. Ct. 367, 181 L. Ed. 2d 233, 2011 U.S. LEXIS 6943.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 631 F.3d 347.

**No. 10-1411. Jonathan Doe, a Minor, By and Through His Guardian and Next Friend, Dorothy Doe, Petitioner v. Todd County School District, et al.**

565 U.S. 929, 132 S. Ct. 367, 181 L. Ed. 2d 233, 2011 U.S. LEXIS 6844.

October 3, 2011. Motion of South Dakota Advocacy Services, et al. for leave to file a brief as amici curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 625 F.3d 459.

**No. 10-1413. Pradeep Srivastava, Petitioner v. United States.**

565 U.S. 929, 132 S. Ct. 367, 181 L. Ed. 2d 233, 2011 U.S. LEXIS 7007.

**No. 10-1444. Frank T. Shum, Petitioner v. Intel Corporation, et al.**

565 U.S. 929, 132 S. Ct. 367, 181 L. Ed. 2d 233, 2011 U.S. LEXIS 6965.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied. The Chief Justice took no part in the consideration or decision of this petition.

Same case below, 633 F.3d 1067.